UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES L. BOBO, | ) | |
| | ) | |
| Plaintiff, | ) | No. C09-0154-TSZ |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| MICHAEL J. ASTRUE, Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant, | ) | |

The Court having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion to Dismiss (Dkt. 13) is GRANTED;

(3) The complaint and this action are DISMISSED without prejudice for failure to exhaust administrative remedies;

(4) The Clerk of the Court is directed to send copies of this Order to plaintiff and to Judge

DATED this 1st day of July, 2009.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER DISMISSING ACTION - 1